AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CENTER FOR SCIENCE IN THE PUBLIC INTEREST, CONSUMER FEDERATION OF AMERICA, and NATIONAL CONSUMERS LEAGUE,

*Plaintiff(s)*

v.

U.S. DEPARTMENT OF TREASURY, JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, and MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau,

*Defendant(s)*

Civil Action No. 22-2975

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lisa S. Mankofsky
Center for Science in the Public Interest
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, CONSUMER FEDERATION OF AMERICA, and NATIONAL CONSUMERS LEAGUE, <br> *Plaintiff(s)* <br> v. <br> U.S. DEPARTMENT OF TREASURY, JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, and MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau, <br> *Defendant(s)* | Civil Action No.  22-2975 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janet Yellen, Secretary
U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lisa S. Mankofsky
Center for Science in the Public Interest
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, CONSUMER FEDERATION OF AMERICA, and NATIONAL CONSUMERS LEAGUE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. DEPARTMENT OF TREASURY, JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, and MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau,<br><br>*Defendant(s)* | Civil Action No. 22-2975 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alcohol and Tobacco Tax and Trade Bureau
1310 G Street, NW, Box 12
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lisa S. Mankofsky
Center for Science in the Public Interest
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, CONSUMER FEDERATION OF AMERICA, and NATIONAL CONSUMERS LEAGUE,<br><br>*Plaintiff(s)*<br>v.<br>U.S. DEPARTMENT OF TREASURY, JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, and MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau,<br>*Defendant(s)* | Civil Action No. 22-2975 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary G. Ryan, Administrator
Office of the Administrator
Alcohol and Tobacco Tax and Trade Bureau
1310 G Street, NW, Box 12
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lisa S. Mankofsky
Center for Science in the Public Interest
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, CONSUMER FEDERATION OF AMERICA, and NATIONAL CONSUMERS LEAGUE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. DEPARTMENT OF TREASURY, JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, and MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  22-2975 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Honorable Merrick B. Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lisa S. Mankofsky
Center for Science in the Public Interest
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____     _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, CONSUMER FEDERATION OF AMERICA, and NATIONAL CONSUMERS LEAGUE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. DEPARTMENT OF TREASURY, JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, and MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau,<br><br>*Defendant(s)* | Civil Action No. 22-2975 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil-Process Clerk
U.S. Attorney's Office for District of Columbia
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lisa S. Mankofsky
Center for Science in the Public Interest
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*