IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, et al.<br><br>*Defendants.* | Case No. 1:22-cv-2975-RBW |

**JOINT STATUS REPORT AND MOTION FOR VACATION OF DEADLINES**

Pursuant to this Court's Minute Order of June 7, 2023, the Parties—Center for Science in the Public Interest; Consumer Federation of America; and National Consumers League (collectively, "Plaintiffs"); and the U.S. Department of Treasury; Janet Yellen, U.S. Secretary of the Treasury; the Alcohol and Tobacco Tax and Trade Bureau ("TTB"); and Mary G. Ryan, Administrator of TTB (collectively, "Defendants")—respectfully submit the following Joint Status Report together with a Joint Motion for an order for the vacation of the deadlines in this action.

1. On December 16, 2003, Plaintiffs (among others) submitted a petition ("2003 petition") requesting that TTB amend its regulations to require an "Alcohol Facts" panel on labels of alcoholic beverages. *See Petition to Improve Mandatory Label Information on Alcoholic Beverages ("Alcohol Facts")* (Dec. 16, 2003), https://perma.cc/7M3F-XF62.

2. The 2003 petition requested that the "Alcohol Facts" panel include, among other things, alcohol content, calorie, and ingredient information. *Id.* at 3.

3. In the present case, filed on October 3, 2022, Plaintiffs allege that Defendants

have failed to issue a final decision granting or denying the 2003 petition in violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1). *See* Compl. ¶¶ 93–96, ECF No. 1.

4. On November 17, 2022, TTB sent Plaintiffs a letter informing them that TTB believes it adequately responded to the 2003 petition by initiating a 2005 rulemaking soliciting public comment "on a wide range of alcohol beverage labeling and advertising issues…including the proposals made in the 2003 petition." The letter also informed Plaintiffs that TTB was "granting the 2003 petition to the extent that TTB will engage in a new rulemaking on the issues of nutrient content labeling, expanded alcohol content labeling, major food allergen labeling, and ingredient labeling," and denying the petition "[t]o the extent [it] requests additional or different action by TTB." Letter from Amy R. Greenberg to Peter Lurie, Susan Weinstock, and Sally Greenberg at 2, https://perma.cc/JU7U-GREV.

5. More specifically, TTB explained that it plans to issue (1) a proposed rule on "mandatory nutrient and alcohol content labeling," (2) a proposed rule on "mandatory allergen labeling," and (3) an Advance Notice of Proposed Rulemaking ("ANPRM") on "mandatory ingredient labeling." Id. at 7.

6. On December 9, 2022, the Parties filed a Joint Motion seeking to stay this case until June 9, 2023, in light of the potential to resolve this case without further litigation. The Court granted the motion to the extent it sought to vacate all pending deadlines, ordering the Parties to submit a joint status report by June 2, 2023.

7. On June 2, 2023, the Parties filed a Joint Status Report requesting a continued vacation of deadlines and proposing to file a joint status report on or before December 1, 2023. The Court ordered the Parties to file a joint status report by October 2, 2023 and another within 30 days of the conclusion of the rulemaking process described in the June 2 Joint Status Report.

8. On May 5, 2023, TTB sent the first of its planned rulemakings, the ANPRM on ingredient labeling, to the Office of Information and Regulatory Affairs ("OIRA") for review. OIRA concluded its review on June 1, 2023. This is part of the regulatory process toward publishing the ANPRM on ingredient labeling.

9. TTB will publish projected timelines for publication of NPRMs on alcohol and nutritional content labeling and allergen labeling, and for publication of the ANPRM on ingredient labeling, in the Administration's Fall Unified Agenda of Regulatory and Deregulatory Actions.

10. In light of TTB's current rulemaking activities, the Parties continue to believe that it may be possible to resolve this case without further litigation.

11. Accordingly, to conserve their resources and those of the Court, the Parties jointly and respectfully move the Court to vacate all deadlines in this case. The Parties respectfully propose that they file a joint status report on or before January 16, 2024, proposing next steps in the litigation. A proposed order is attached to this Joint Motion.

Dated: September 29, 2023

/s/ Lisa S. Mankofsky
Lisa S. Mankofsky (D.C. Bar No. 411931)
CENTER FOR SCIENCE IN THE PUBLIC
   INTEREST
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381
Email: lmankofsky@cspinet.org

Matthew Simon (D.C. Bar No. 144727)
CENTER FOR SCIENCE IN THE PUBLIC
   INTEREST
106 Riding Trail Lane
Pittsburgh, PA 15215
Telephone: (202) 777-8361
Email: msimon@cspinet.org

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

/s/ Hannah M. Solomon-Strauss
HANNAH M. SOLOMON-STRAUSS
Trial Attorney  (NY Bar No. 5693890)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 616-8198
Email: hannah.m.solomon-strauss@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, et al.<br><br>*Defendants.* | Case No. 1:22-cv-2975-RBW |

**[PROPOSED] ORDER CONTINUING VACATION OF DEADLINES**

On September 29, 2023, the Parties filed a Joint Status Report and Motion for Continued Vacation of Deadlines, ECF No. 20. Good cause having been shown, the Parties' Joint Motion is hereby granted. It is therefore ordered:

1. The parties shall file a joint status report not later than January 16, 2024, proposing next steps in the litigation; and

2. In accordance with this Court's Minute Order of June 7, 2023, within thirty days of the conclusion of the rulemaking process described in the parties' Joint Status Reports, *see* ECF Nos. 18, 20, the parties shall submit a joint status report informing the Court how they wish to proceed in this case.

3. All other deadlines in this case remain vacated.

**SO ORDERED** this _____ day of _____, 2023.

_____
REGGIE B. WALTON
United States District Judge