**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, et al.<br><br>*Defendants.* |

Case No. 1:22-cv-2975-RBW

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of July 8, 2024, the Parties—Center for Science in the Public Interest; Consumer Federation of America; and National Consumers League (collectively, "Plaintiffs"); and the U.S. Department of Treasury; Janet Yellen, U.S. Secretary of the Treasury; the Alcohol and Tobacco Tax and Trade Bureau ("TTB"); and Mary G. Ryan, Administrator of TTB (collectively, "Defendants")—respectfully submit the following Joint Status Report.

The parties previously reported to this Court that:

1.      On December 16, 2003, Plaintiffs (among others) submitted a petition ("2003 petition") requesting that TTB amend its regulations to require an "Alcohol Facts" panel on labels of alcoholic beverages.  *See Petition to Improve Mandatory Label Information on Alcoholic Beverages ("Alcohol Facts")* (Dec. 16, 2003), https://perma.cc/7M3F-XF62.

2.      The 2003 petition requested that the "Alcohol Facts" panel include, among other things, alcohol content, calorie, and ingredient information.  *Id.* at 3.

3.      In the present case, filed on October 3, 2022, Plaintiffs allege that Defendants

have failed to issue a final decision granting or denying the 2003 petition in violation of the

Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1).  *See* Compl. ¶¶ 93–96, ECF No. 1.

4.     On November 17, 2022, TTB sent Plaintiffs a letter informing them that TTB

believes it adequately responded to the 2003 petition by initiating a 2005 rulemaking soliciting

public comment "on a wide range of alcohol beverage labeling and advertising issues…including

the proposals made in the 2003 petition."  The letter also informed Plaintiffs that TTB was

"granting the 2003 petition to the extent that TTB will engage in a new rulemaking on the issues

of nutrient content labeling, expanded alcohol content labeling, major food allergen labeling, and

ingredient labeling," and denying the petition "[t]o the extent [it] requests additional or different

action by TTB."  Letter from Amy R. Greenberg to Peter Lurie, Susan Weinstock, and Sally

Greenberg at 2, https://perma.cc/JU7U-GREV.

5.     More specifically, TTB explained that it plans to issue (1) a proposed rule on

"mandatory nutrient and alcohol content labeling," (2) a proposed rule on "mandatory allergen

labeling," and (3) an Advance Notice of Proposed Rulemaking ("ANPRM") on "mandatory

ingredient labeling."  *Id*. at 7.

6.     On December 9, 2022, the Parties filed a Joint Motion seeking to stay this case

until June 9, 2023, in light of the potential to resolve this case without further litigation.  The

Court granted the motion only to the extent it sought to vacate all pending deadlines, ordering the

Parties to submit a joint status report by June 2, 2023.

7.     On May 5, 2023, TTB sent the first of its planned rulemakings, the ANPRM on

ingredient labeling, to the Office of Information and Regulatory Affairs ("OIRA") for review.

OIRA concluded its review on June 1, 2023.  This is part of the regulatory process toward

publishing the ANPRM on ingredient labeling.

8.    On June 2, 2023, the Parties filed a Joint Status Report requesting a continued vacation of deadlines and proposing to file a joint status report on or before December 1, 2023. The Court ordered the Parties to file a joint status report by October 2, 2023 and another within 30 days of the conclusion of the rulemaking process described in the June 2, 2023 Joint Status Report.

9.    On January 16, 2024, the parties filed a Joint Status Report in which TTB reported to the Court that "consistent with Executive Order 14094, 'Modernizing Regulatory Review,' (April 6, 2023) and associated guidance, which encourages federal agencies to inform regulatory actions through meaningful and equitable opportunities for public input, Treasury has determined that additional public consultations would better inform the draft rulemakings and eventual final rules in effectively addressing matters of public importance."  ECF No. 22 at ¶ 10. TTB explained its intent to gather a "range of input from the public, including from consumers, public health stakeholders, and industry members of all sizes beyond the traditional industry segments that typically engage in TTB rulemakings, in order to ensure appropriately comprehensive participation given the broad implications of the rulemaking proposals, and gather available expertise from a broader array of participants." *Id.* at ¶ 11.  TTB further stated its intent to announce these listening sessions by the end of January 2024 and hold them by the end of February 2024.  *Id.* at ¶ 12.

10.    As promised in the January 16, 2024 Joint Status Report, TTB announced two virtual listening sessions to receive input from the public on labeling of alcohol beverages to disclose per-serving alcohol and nutritional information, major food allergens, and/or ingredients in "Labeling and Advertising of Wine, Distilled Spirits, and Malt Beverages With Alcohol

3

Content, Nutritional Information, Major Food Allergens, and Ingredients," Notice No. 232, 89

FR 6171 (Jan. 31, 2024).  TTB sought input from a wide range of stakeholders, including those

who may not usually comment on its proposals, and developed a specific list of questions to be

addressed in the listening sessions and in written comments.  In Notice No. 232, TTB also

announced the opening of a docket for submitting written comments by March 29, 2024, on the

issues to be discussed in the listening sessions.

11.     The listening sessions, held on February 28 and 29, 2024, successfully engaged

consumers, public health stakeholders (including all of the Plaintiffs), and industry members

(including individual industry members of all sizes, industry associations, and importers).

Approximately 700 total registrants logged in to the two virtual sessions, and 47 different

speakers provided oral testimony. In March, TTB posted the transcripts from the two virtual

listening sessions in Docket No. TTB-2024-0002 on Regulations.gov.

12.     The comment period for Notice No. 232 closed on March 29, 2024.  TTB

received 5,160 written comments in addition to the oral comments received during the listening

sessions, including comments from all of the Plaintiffs.

TTB now reports to this Court that:

13.  Two Notices of Proposed Rulemaking (NPRM) and one ANPRM have been

submitted to the Office of Information and Regulatory Affairs (OIRA).

14.  Specifically, on September 3, 2024, TTB sent to OIRA two NPRMs, entitled "Major

Food Allergen Labeling for Wines, Distilled Spirits, and Malt Beverages" and "Labeling and

Advertising of Distilled Spirits, Wines, and Malt Beverages with Statements of Alcohol and

Nutritional Content." TTB also sent an ANPRM entitled, "Ingredient Labeling of Distilled

Spirits, Wines, and Malt Beverages."

15. TTB anticipates that OIRA's review of these submissions will proceed in accordance with the timelines set forth in EO 12866, "Regulatory Planning and Review."

16.  On September 19, 2024, Plaintiffs, along with several other coalition partners, met with representatives from OIRA, TTB, Treasury, and the Office of Management and Budget (OMB) to discuss public health issues related to the proposed rules.

17. Therefore, in accordance with this Court's Minute Order dated July 8, 2024, the parties request that the vacation of deadlines continue and that they be ordered to submit a further status report not later than ninety days from today.

Dated: October 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Lisa S. Mankofsky
Lisa S. Mankofsky (D.C. Bar No. 411931)
CENTER FOR SCIENCE IN THE PUBLIC
    INTEREST
1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381
Email: lmankofsky@cspinet.org

Counsel for Plaintiffs

/s/ Hannah M. Solomon-Strauss
HANNAH M. SOLOMON-STRAUSS
Trial Attorney (NY Bar No. 5693890)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 616-8198
hannah.m.solomon-strauss@usdoj.gov

Counsel for Defendants