**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, et al.[1]<br><br>*Defendants*. | Case No. 1:22-cv-2975-RBW |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of October 1, 2024, the Parties—Center for Science in the Public Interest; Consumer Federation of America; and National Consumers League (collectively, "Plaintiffs"); and the U.S. Department of the Treasury; Scott Bessent, U.S. Secretary of the Treasury; the Alcohol and Tobacco Tax and Trade Bureau ("TTB"); and Mary G. Ryan, Administrator of TTB (collectively, "Defendants")—respectfully submit the following Joint Status Report.

The parties previously reported to this Court that:

1.      On December 16, 2003, Plaintiffs (among others) submitted a petition ("2003 petition") requesting that TTB amend its regulations to require an "Alcohol Facts" panel on labels of alcoholic beverages. *See Petition to Improve Mandatory Label Information on Alcoholic Beverages ("Alcohol Facts")* (Dec. 16, 2003), https://perma.cc/7M3F-XF62.

2.      The 2003 petition requested that the "Alcohol Facts" panel include, among other things, alcohol content, calorie, and ingredient information. *Id.* at 3.

---

[1] Per Fed. R. Civ. P. 25(d), Scott Bessent is automatically substituted for Janet Yellen.

3.      In the present case, filed on October 3, 2022, Plaintiffs allege that Defendants have failed to issue a final decision granting or denying the 2003 petition in violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1).  *See* Compl. ¶¶ 93–96, ECF No. 1.

4.      On November 17, 2022, TTB sent Plaintiffs a letter informing them that TTB believes it adequately responded to the 2003 petition by initiating a 2005 rulemaking soliciting public comment "on a wide range of alcohol beverage labeling and advertising issues…including the proposals made in the 2003 petition."  The letter also informed Plaintiffs that TTB was "granting the 2003 petition to the extent that TTB will engage in a new rulemaking on the issues of nutrient content labeling, expanded alcohol content labeling, major food allergen labeling, and ingredient labeling," and denying the petition "[t]o the extent [it] requests additional or different action by TTB."  Letter from Amy R. Greenberg to Peter Lurie, Susan Weinstock, and Sally Greenberg at 2, https://perma.cc/JU7U-GREV.

5.      More specifically, TTB explained that it plans to issue (1) a proposed rule on "mandatory nutrient and alcohol content labeling," (2) a proposed rule on "mandatory allergen labeling," and (3) an Advance Notice of Proposed Rulemaking ("ANPRM") on "mandatory ingredient labeling."  *Id*. at 7.

6.      On December 9, 2022, the Parties filed a Joint Motion seeking to stay this case until June 9, 2023, in light of the potential to resolve this case without further litigation.  The Court granted the motion only to the extent it sought to vacate all pending deadlines, ordering the Parties to submit a joint status report by June 2, 2023.

7.      On May 5, 2023, TTB sent the first of its planned rulemakings, the ANPRM on ingredient labeling, to the Office of Information and Regulatory Affairs ("OIRA") for review.

OIRA concluded its review on June 1, 2023.  This is part of the regulatory process toward publishing the ANPRM on ingredient labeling.

8.      On June 2, 2023, the Parties filed a Joint Status Report requesting a continued vacation of deadlines and proposing to file a joint status report on or before December 1, 2023. The Court ordered the Parties to file a joint status report by October 2, 2023, and another within 30 days of the conclusion of the rulemaking process described in the June 2, 2023 Joint Status Report.

9.      On January 16, 2024, the parties filed a Joint Status Report in which TTB reported to the Court that "consistent with Executive Order 14094, 'Modernizing Regulatory Review,' (April 6, 2023) and associated guidance, which encourages federal agencies to inform regulatory actions through meaningful and equitable opportunities for public input, Treasury has determined that additional public consultations would better inform the draft rulemakings and eventual final rules in effectively addressing matters of public importance."  ECF No. 22 at ¶ 10. TTB explained its intent to gather a "range of input from the public, including from consumers, public health stakeholders, and industry members of all sizes beyond the traditional industry segments that typically engage in TTB rulemakings, in order to ensure appropriately comprehensive participation given the broad implications of the rulemaking proposals, and gather available expertise from a broader array of participants."  *Id.* at ¶ 11.  TTB further stated its intent to announce these listening sessions by the end of January 2024 and hold them by the end of February 2024.  *Id.* at ¶ 12.

10.     As promised in the January 16, 2024 Joint Status Report, TTB announced two virtual listening sessions to receive input from the public on labeling of alcohol beverages to disclose per-serving alcohol and nutritional information, major food allergens, and/or ingredients

in "Labeling and Advertising of Wine, Distilled Spirits, and Malt Beverages With Alcohol Content, Nutritional Information, Major Food Allergens, and Ingredients," Notice No. 232, 89 FR 6171 (Jan. 31, 2024). TTB sought input from a wide range of stakeholders, including those who may not usually comment on its proposals, and developed a specific list of questions to be addressed in the listening sessions and in written comments. In Notice No. 232, TTB also announced the opening of a docket for submitting written comments by March 29, 2024, on the issues to be discussed in the listening sessions.

11.     The listening sessions, held on February 28 and 29, 2024, successfully engaged consumers, public health stakeholders (including all of the Plaintiffs), and industry members (including individual industry members of all sizes, industry associations, and importers). Approximately 700 total registrants logged in to the two virtual sessions, and 47 different speakers provided oral testimony. In March, TTB posted the transcripts from the two virtual listening sessions in Docket No. TTB-2024-0002 on Regulations.gov.

12.     The comment period for Notice No. 232 closed on March 29, 2024. TTB received 5,160 written comments in addition to the oral comments received during the listening sessions, including comments from all of the Plaintiffs.

13.     On September 3, 2024, TTB sent OIRA two NPRMs, entitled "Major Food Allergen Labeling for Wines, Distilled Spirits, and Malt Beverages" and "Labeling and Advertising of Distilled Spirits, Wines, and Malt Beverages with Statements of Alcohol and Nutritional Content." TTB also sent an ANPRM entitled, "Ingredient Labeling of Distilled Spirits, Wines, and Malt Beverages."

14.     On September 19, 2024, Plaintiffs, along with several other coalition partners,

met with representatives from OIRA, TTB, Treasury, and the Office of Management and Budget

(OMB) to discuss public health issues related to the proposed rules.

        The Parties now report to this Court that:

15.     On January 16, 2025, TTB issued the two NPRMs on mandatory nutrient and

alcohol content labeling and on mandatory allergen labeling.  The ANPRM on mandatory

ingredient labeling has not been issued yet.

16.     As a result of the issuance of the two NPRMs, the Parties have agreed to file

today a Stipulation of Voluntary Dismissal without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure.


Dated: March 20, 2025                              Respectfully submitted,


                                                   YAAKOV M. ROTH
                                                   Acting Assistant Attorney General

                                                   STEPHEN M. ELLIOTT
                                                   Assistant Branch Director
                                                   Federal Programs Branch


/s/ *Lisa S. Mankofsky*                            /s/ *Hannah M. Solomon-Strauss*
Lisa S. Mankofsky (D.C. Bar No. 411931)            HANNAH M. SOLOMON-STRAUSS
CENTER FOR SCIENCE IN THE PUBLIC                   Trial Attorney (NY Bar No. 5693890)
    INTEREST                                       United States Department of Justice
1250 I Street, NW, Suite 500                       Civil Division, Federal Programs Branch
Washington, DC 20005                               1100 L St. NW
Telephone: (202) 777-8381                          Washington, DC 20005
Email: lmankofsky@cspinet.org                      (202) 616-8198
                                                   hannah.m.solomon-strauss@usdoj.gov

*Counsel for Plaintiffs*                           *Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 20, 2025, I caused the foregoing to be filed with the Clerk

of the Court through the Court's ECF system, which will serve notice of the filing on all filers

registered in the case.


/s/ *Lisa S. Mankofsky*
Lisa S. Mankofsky